## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY CLAIRE L. MCCOY** | **CIVIL ACTION NO. 19-1810** |
| **VERSUS** | **SECTION "S"** |
| | **DISTRICT JUDGE LEMMON** |
| **ISIDORE NEWMAN SCHOOL AND** | |
| **ROBERT D. MILLS** | **MAG. DIVISION (5)** |
| | **MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Plead filed by Defendant, Isidore Newman School; accordingly,

IT IS ORDERED BY THE COURT that Defendant's Ex Parte Motion for Extension of Time to Plead be and the same is hereby GRANTED, and that Defendant, Isidore Newman School, has until and through March 27, 2019, in which to respond to the Petition for Damages and First Supplemental and Amended Petition for Damages filed by Plaintiff.

New Orleans, Louisiana, this _____ day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE