UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARIE CLAIRE L. MCCOY** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 19-1810** |
| **ISIDORE NEWMAN SCHOOL, ET AL.** | **SECTION: "S" (5)** |

### ORDER

Given that the redacted documents have been placed into the record in this lawsuit pursuant to this Court's Orders (Rec. docs. 297, 298),

**IT IS ORDERED** that this lawsuit be **UNSEALED**.

New Orleans, Louisiana, this  21st  day of  September , 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE:**
**ALL COUNSEL OF RECORD**